# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 24-720, 24-2826

**Case Name** | Trader Joe's Company v. Trader Joe's United

**Hearing Location (*city*)** | Pasadena

**Your Name** | Melissa Arbus Sherry

List the sitting dates for the two sitting months you were asked to review:

February 3-7
February 10-14
March 3-7
March 24-28

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

If the appeal noted below is scheduled for the February 10-14 week in Honolulu, it would be difficult (albeit not impossible) to argue this appeal in Pasadena during the earlier February 3-7 week.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

●Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

OWLink Technology, Inc. v. Cypress Technology Co., No. 23-4312 (9th Cir.), Honolulu (February 10-14, 2025).

**Signature** | s/ Melissa Arbus Sherry    **Date** | September 25, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  New 12/01/2018